UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN B. KUPFERMAN, DMD, MD, INC., <br><br> Plaintiff, <br> v. <br><br> CIGNA HEALTH AND LIFE INSURANCE CO. and DOES 1-10, <br><br> Defendants. | Case No.: 2:19-cv-06244-CJC (KS) <br><br> **ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based on the Stipulation of Defendant Cigna Health and Life Ins. Co. ("DEFENDANT") and Plaintiff Steven B. Kupferman, DMD, MD, Inc., ("Plaintiff"),

It is **HEREBY ORDERED** as follows:

1. The above-entitled action, Case No. 2:19-cv-06244-CJC (KS) is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED**.

Dated: December 3, 2019

_____
Hon. Cormac J. Carney
Judge, United States District Court